IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 11 MR WCM

| | |
|---|---|
| STEPHEN DOUGLAS PARKER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CASE FARMS, LLC and GUY PERKINS<br><br>　　　　　　　Defendants. | ORDER |

　　This matter is before the Court on Defendant Case Farms, LLC's Motion to Compel Production of Materials Requested by Subpoena to Non-Party Carolina Farm Credit (the "Motion to Compel," Doc. 41).

　　On September 14, 2020, Defendant Case Farms, LLC ("Case Farms") issued a subpoena to non-party Carolina Farm Credit ("CFC") seeking certain financial documents of Plaintiff Stephen Douglas Parker. CFC objected to the subpoena request based on 12 C.F.R. § 618.8330(b). ("If the Government or your bank or association is not a party to litigation, you or your directors, officers, or employees may produce confidential documents or testimony only if a court of competent jurisdiction issues a lawful order signed by a judge."). However, CFC advised that "[u]pon receipt of an appropriate order signed by a judge, CFC will produce the records specifically enumerated in the Subpoena." Doc. 41-2.

1

Plaintiff consents to CFC's release of the records specified in the subpoena, and Case Farms represents that CFC does not wish to be heard on the Motion to Compel. Doc. 41-3, p. 2 & Doc. 41, p. 2.

With respect to the Subpoena issued on September 14, 2020 by Defendant Case Farms, LLC ("Case Farms") and directed to Carolina Farm Credit ("CFC"), (the "Subpoena," Doc. 41-3), and with the consent of the parties,

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 12 C.F.R. § 618.8330(b), non-party CFC is hereby authorized to produce the confidential records regarding its borrower specified in the Subpoena.

2. CFC is directed to produce documents responsive to the Subpoena within 10 calendar days after CFC's receipt of this Order, a copy of which shall be served by counsel for Case Farms.

Signed: September 24, 2020

W. Carleton Metcalf
United States Magistrate Judge