IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 11 MR WCM

| | | |
|---|---|---|
| STEPHEN DOUGLAS PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CASE FARMS, LLC and GUY PERKINS | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Consent Motion to Compel Appearance for Deposition by Witness Jill Sigmon (the "Motion to Compel," Doc. 52).

Plaintiff explains that non-party Jill Sigmon, an employee of Carolina Farm Credit ("CFC"), has been his banker since 2012. Doc. 52, p. 1. On November 30, 2020, Plaintiff served a Notice of Deposition and Subpoena upon Ms. Sigmon to appear for a deposition. Doc. 52-1. CFC informed Plaintiff that an order was required allowing Ms. Sigmon to testify. Doc. 52-2; 12 C.F.R. § 618.8330(b) ("If the Government or your bank or association is not a party to litigation, you or your directors, officers, or employees may produce confidential documents or testimony only if a court of competent jurisdiction issues a lawful order signed by a judge.").

1

Plaintiff consents to CFC's "release of his confidential information to the extent that any testimony of Ms. Sigmon may fall within the identified regulations," and Plaintiff represents in the Motion that "CFC does not wish to be heard on this motion." Doc. 52, p. 2. By separate correspondence, the undersigned's chambers have been advised that Defendants do not object to the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Consent Motion to Compel Appearance for Deposition by Witness Jill Sigmon (Doc. 52) is **GRANTED** and, pursuant to 12 C.F.R. § 618.8330(b), non-party CFC is hereby authorized to produce confidential information relating to Plaintiff in connection with the deposition of Ms. Sigmon.

Signed: December 1, 2020

W. Carleton Metcalf
United States Magistrate Judge